# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
a New Mexico Corporation, and
MOUNTAIN STATES INDEMNITY COMPANY,
a New Mexico Corporation

       Plaintiffs,

v.                                 No. 1:10-cv-00772-WDS-RHS

LONGFORD HOMES OF NEW MEXICO, INC.,
LONGFORD AT PARADISE SKIES, L.P.,
LONGFORD AT SUNRISE RANCH, LLC,
LONGFORD GROUP, INC., and
LONGFORD HOMES HOLDING, LLC,

       Defendants.

### ORDER GRANTING MOTION FOR TIMOTHY MENTER TO PRACTICE PRO HAC VICE IN THIS MATTER

THIS MATTER having come before the Court on the Motion for Timothy Menter to practice *pro hac vice* in this matter and the Court being advised in the premises finds that said Motion is well taken and should be granted;

IT IS THEREFORE ORDERED THAT Timothy Menter is hereby granted leave to practice *pro hac vice* in this matter on behalf of Defendants in association with Gerald G. Dixon and Dennis Hill of Dixon, Scholl & Bailey, P.A.

_____
United States Magistrate Judge

SUBMITTED BY:

__/S/ Dennis W. Hill_____
Gerald G. Dixon
Dennis W. Hill
Dixon, Scholl & Bailey, P.A.
Attorneys for Defendants
P.O. Box 26746
Albuquerque, NM 87125-6746
Phone: (505) 244-3890


__/S/ Timothy Menter_____
Timothy S. Menter, Esq.
Menter & Witkin
Attorneys for Defendants
2600 Michelson Drive, Suite 900
Irvine, CA 92612
Phone:(949) 250-9000 (ext. 103)


Approved By:


__Telephonically Approved 8/31/10___
Timothy L. Fields
Samantha M. Adams
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Attorneys for Plaintiff
Post Office Box 2168
Bank of America Centre, Suite 1000
500 Fourth St, N.W.
Albuquerque, NM 87103-2168