IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOUNTAIN STATES MUTUAL CASUALTY
COMPANY, et al.

**Plaintiffs,**                                          No. 1:10-CV-00772-WDS-RHS

v.

LONGFORD HOMES OF NEW MEXICO,
INC., et al.

**Defendants.**

and

LONGFORD HOMES OF NEW MEXICO,
INC., et al.

**Counterclaimants,**

v.

MOUNTAIN STATES MUTUAL CASUALTY
COMPANY, et al.

**Counter-Defendants.**

## ORDER

This matter is before the Court on Defendants' Motion for Partial Summary Judgment (Doc. 43); Defendants' Opposed Motion to Stay (Doc. 56); and Plaintiff's Motion for Extension of Time to Complete Discovery under Rule 56(f) (Doc. 63). The parties appeared for oral argument on September 7, 2011. Being fully advised in the premises, the Court makes the following rulings:

1.) Defendants' Motion for Summary Judgment (Doc 43) is DENIED without prejudice;

2.) Defendants' Opposed Motion to Stay (Doc. 56) is DENIED; and

3.) Plaintiff's Motion for Extension of Time to Complete Discovery Under Rule 56(f) (sic) (Doc. 63) is denied as moot.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge